1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARKRA MEAS., <br><br> Plaintiff, <br><br> v. <br><br> LEGAL RECOVERY LAW OFFICES, INC., a California corporation, <br><br> Defendant. | CASE NO. C-12-03757 RMW <br><br> **ORDER GRANTING DEFENDANT'S MOTION TO STRIKE AFFIRMATIVE DEFENSES PURSUANT TO FED. R. CIV. P. 12(f)** <br><br><br> **[Re: Docket No. 12]** |

On October 26, 2012, plaintiff, Markra Meas, moved to strike defendant's, Legal Recovery Law Offices, Inc., affirmative defenses pursuant to Federal Rule of Civil Procedure 12(f) on the grounds that the affirmative defenses: (1) are not actually defenses; (2) are immaterial defenses; (3) are not pled with sufficient particularity to provide plaintiff with fair notice of the defenses being advanced; and (4) are merely speculative. Pursuant to Civil Local Rule 7-3(a), defendant's opposition to plaintiff's motion was due no later than November 9, 2012. Pursuant to Civil Local Rule 7-3(b), on November 21, 2016, plaintiff filed a statement of non-opposition. To date, defendant has filed no documents in response to plaintiff's motion. The court therefore deems

defendant to have agreed to plaintiff's request, vacates the hearing scheduled for November 30, 2012, and GRANTS plaintiff's motion to strike the affirmative defenses.

DATED:  November 29, 2012

_____
Ronald M. Whyte
United States District Judge