Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
MARKRA MEAS

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| MARKRA MEAS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>LEGAL RECOVERY LAW OFFICES, INC., a California corporation,<br><br>　　　　　　Defendants. | Case No. 5:12-CV-03757-RMW-PSG<br><br>**STIPULATION OF DISMISSAL AND**<br>**[]　　　　　ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

　　　Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, MARKRA MEAS, and Defendant, LEGAL RECOVERY LAW OFFICES, INC., stipulate, and the Court hereby orders, as follows:

　　　1.　The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, MARKRA MEAS, against Defendant, LEGAL RECOVERY LAW OFFICES, INC., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

　　　　　　　　　　　　　　　　　oo0oo

- 1 -
STIPULATION OF DISMISSAL AND ORDER　　　　　　　　　　　Case No. 5:12-CV-03757-RMW-PSG

| | |
|---|---|
| Dated: April 18, 2013 | /s/ Fred W. Schwinn<br>Fred W. Schwinn, Esq.<br>Attorney for Plaintiff<br>MARKRA MEAS |
| Dated: April 18, 2013 | /s/ Andrew P. Rundquist<br>Andrew P. Rundquist, Esq.<br>Attorney for Defendant<br>LEGAL RECOVERY LAW OFFICES, INC. |

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

Dated: _____

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
Judge of the District Court